UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MICHAEL JOHNSON,

                          Plaintiff,

       v.                                           No. 9:19-CV-1075
                                                                  (LEK/CFH)

E. EIGO,

                          Defendant.

---

**APPEARANCES:**                            **OF COUNSEL:**

Michael Johnson
03-A-0667
Otisville Correctional Facility
Box 8
Otisville, New York 10963
Plaintiff pro se

New York State Attorney General       LAUREN ROSE EVERSLEY, ESQ.
The Capitol
Albany, New York 12224
Attorneys for defendant

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

# ORDER

      Plaintiff commenced an action in this Court on August 30, 2019. See Dkt. No. 1 ("Compl."). The undersigned disqualifies himself from this action due to a conflict of interest. Accordingly, this case must be assigned to a different Magistrate Judge. See 28 U.S.C. § 455 (a), (b).

      **WHEREFORE**, it is hereby

      **ORDERED**, that the undersigned disqualifies himself from assignment to this

case in accordance with General Order 12(G)(8) and 28 U.S.C. § 455 (a), (b), and it is further

**ORDERED**, that in accordance with General Order 12(G)(8), the Clerk of the Court shall reassign this case at random; and it is further

**ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action in accordance with Local Rules.

**IT IS SO ORDERED**.

Dated: November 21, 2019
Albany, New York

Christian F. Hummel
U.S. Magistrate Judge